UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
LINDA HOOVER, ANDRE HOOVER,
LAWANDA HOOVER, E.H., an infant
under the age of 18 years, by his
mother and natural guardian, LAWANDA
HOOVER, R.H., an infant under the age
of 18 years, by his father and natural
guardian, RYSHAWN HOOVER and
EDDIE HOLLEY,

                               Plaintiffs,

  -against-

THE CITY OF NEW YORK, DETECTIVE
MATTHEW L. MASSA [SHIELD # 2058],
SERGEANT MICHAEL WEBER [TAX
REG. # 929343], P.O. AJUBA GRANVILLE
[TAX REG. # 930261], DETECTIVE
ARMANDO SAITTA [SHIELD # 4064],
SERGEANT RYAN GILLIS [TAX REG.
# 944595], CAPTAIN ESPINOZA [TAX
REG. # 925246], P.O. MCCARTHY,
DETECTIVE PERCY, DETECTIVE
MOLINARO, DETECTIVE CRUZ,
DETECTIVE PARAY, DETECTIVE
GRANDSTAFF, DETECTIVE CAMPBELL,
DETECTIVE COLLADO, DETECTIVE
HOLLEY, P.O. TOPPING, SERGEANT
MORRISEY, DETECTIVE LOPEZ and JOHN
DOE AND JANE DOE #1-14 (the names John
and Jane Doe being fictitious, as the true names
are presently unknown),

                               Defendants.
-------------------------------------------------------------------------X

**STIPULATION TO AMEND CAPTION**

15 CV 5457 (MKB) (RER)

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys for the parties appearing in the above-captioned action, that the infant plaintiffs having reached the age of majority, LAWANDA HOOVER be removed as the "mother

and natural guardian of infant E.H.," and that RYSHAWN HOOVER be removed as "father and

natural guardian of infant R.H.," and as such, that the caption be amended to read as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
LINDA HOOVER, ANDRE HOOVER,
LAWANDA HOOVER, EDDIE HOOVER,
RYSHAWN HOOVER, and
EDDIE HOLLEY,                                              15 CV 5457 (MKB) (RER)
                                    Plaintiffs,

   -against-

THE CITY OF NEW YORK, DETECTIVE
MATTHEW L. MASSA [SHIELD # 2058],
SERGEANT MICHAEL WEBER [TAX
REG. # 929343], P.O. AJUBA GRANVILLE
[TAX REG. # 930261], DETECTIVE
ARMANDO SAITTA [SHIELD # 4064],
SERGEANT RYAN GILLIS [TAX REG.
# 944595], CAPTAIN ESPINOZA [TAX
REG. # 925246], P.O. MCCARTHY,
DETECTIVE PERCY, DETECTIVE
MOLINARO, DETECTIVE CRUZ,
DETECTIVE PARAY, DETECTIVE
GRANDSTAFF, DETECTIVE CAMPBELL,
DETECTIVE COLLADO, DETECTIVE
HOLLEY, P.O. TOPPING, SERGEANT
MORRISEY, DETECTIVE LOPEZ and JOHN
DOE AND JANE DOE #1-14 (the names John
and Jane Doe being fictitious, as the true names
are presently unknown),
                                    Defendants.

-------------------------------------------------------------------------------X

The Clerk of the Court is directed to take all necessary steps to make the above correction to the caption.

Dated: New York, New York
September 27, 2016

UGOCHOKWU UZOH, ESQ.
*Attorneys for Plaintiff*
304 Livingston Street, Suite 2R
Brooklyn, New York 11217
718.874.6045

By: _____
Ugochokwu Uzoh, Esq.

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Massa, & Saitta*
100 Church Street, Room 3-159
New York, New York 10007
212.356.3545

By: _____
Erica M. Haber
Senior Counsel
Special Federal Litigation Division

SO ORDERED:

_____
HON. RAMON E. REYES
UNITED STATES MAGISTRATE JUDGE