UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LINDA HOOVER, ANDRE HOOVER,
LAWANDA HOOVER, EDDIE HOOVER,
RYSHAWN HOOVER and
EDDIE HOLLEY,

                  Plaintiffs,

    -against-

THE CITY OF NEW YORK, DETECTIVE
MATTHEW L. MASSA [SHIELD # 2058],
SERGEANT MICHAEL WEBER [TAX
REG. # 929343], P.O. AJUBA GRANVILLE
[TAX REG. # 930261], DETECTIVE
ARMANDO SAITTA [SHIELD # 4064],
SERGEANT RYAN GILLIS [TAX REG.
# 944595], CAPTAIN ESPINOZA [TAX
REG. # 925246], P.O. MCCARTHY,
DETECTIVE PERCY, DETECTIVE
MOLINARO, DETECTIVE CRUZ,
DETECTIVE PARAY, DETECTIVE
GRANDSTAFF, DETECTIVE CAMPBELL,
DETECTIVE COLLADO, DETECTIVE
HOLLEY, P.O. TOPPING, SERGEANT
MORRISEY, DETECTIVE LOPEZ and JOHN
DOE AND JANE DOE #1-14 (the names John
and Jane Doe being fictitious, as the true names
are presently unknown),

                  Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15 CV 5838 (MKB) (RER)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
October 4, 2016

| | |
|---|---|
| UGOCHUKWU UZOH, ESQ.<br>*Attorney for Plaintiffs*<br>304 Livingston Street, Suite 2R<br>Brooklyn, New York 11217<br>718.874.6045 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York,*<br>   *Massa, and Saitta*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br>212.356.3545 |
| By: _____<br>Ugochukwu Uzoh, Esq.<br>*Attorney for Plaintiffs* | By: _____<br>Erica M. Haber<br>*Senior Counsel*<br>Special Federal Litigation Division |

SO ORDERED:

_____
HON. MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016